UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **PHILLIPS EXPLORATION, INC.** | |
| Plaintiff, | CIVIL ACTION NO. 2:11-CV-01081 |
| vs. | JUDGE SARGUS |
| **DUSTIN C. TOMICH, SR., et al.**, | MAGISTRATE JUDGE ABEL |
| Defendants. | |

## ORDER

Pursuant to the agreement of the parties, the parties are hereby granted an extension of 14 days, to and including March 11, 2013, to file memoranda in opposition to the respective Motions for Summary Judgment filed by Plaintiff Phillips Exploration, Inc. [Doc. No. 23], and Defendants Dustin C. Tomich, Sr. and Diane L. Tomich [Doc. No. 21.]

IT IS SO ORDERED.

s/Mark R. Abel
United States Magistrate Judge

2

SO STIPULATED:

| | |
|---|---|
| /s/ Marion H. Little, Jr. | /s/ John P. Maxwell |
| Marion H. Little, Jr. (0042679) | Matthew P. Mullen (0066270) |
| ZEIGER, TIGGES & LITTLE LLP | KRUGLIAK, WILKINS, GRIFFITHS |
| 41 S. High Street, Suite 3500 | & DOUGHERTY CO., L.P.A. |
| Columbus, OH 43215 | 158 North Broadway |
| Tel.: (614) 365-9900 | New Philadelphia, OH 44663 |
| Fax: (614) 365-7900 | Phone: (330) 364-3472/Fax: (330) 602-3187 |
| little@litohio.com | jmaxwell@kwgd.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Phillips Exploration, Inc. | Dustin C. Tomich, Sr. and Diane Tomich |

954-003:427321

2